Patricia A. Savage (SBN 236235)
LAW OFFICES OF PATRICIA SAVAGE
1550 Humboldt Road, Suite 4
Chico, CA 95928
(530) 809-1851
psavesq@gmail.com

Attorneys for Plaintiff,
AGUSTIN MERODIO

# UNITED STATES DISTRICT COURT

# NORTHERN CALIFORNIA DISTRICT

| | |
|---|---|
| AGUSTIN MERODIO,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BECKSTOFFER VINEYARDS<br><br>　　　　　　　Defendants. | Case No. 21-CV-00083-WHO<br><br>**[PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE**<br><br>Complaint Filed: January 6, 2021 |

　　　Good cause appearing, and the parties having stipulated and agreed,

　　　IT IS HEREBY ORDERED that the parties' Joint Stipulation to Dismiss the Action with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1) is GRANTED.

　　　IT IS FURTHER ORDERED that the action be dismissed with prejudice.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 20, 2021

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE JUDGE WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE